**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2240**

_____

PAKUJA CRYSTAL VANG

       Plaintiff - Appellant,

   v.

VALDESE WEAVER; USA GOVERNMENT; SOLICITOR GENERAL OF THE UNITED STATES,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:25-cv-00330-MR-WCM)

_____

Submitted:  March 17, 2026                   Decided:  April 23, 2026

_____

Before WYNN, HARRIS, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Pakuja Crystal Vang, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pakuja Crystal Vang appeals the district court's order dismissing her pro se civil action as frivolous. We have reviewed the record and discern no reversible error. *See Nagy v. FMC Butner*, 376 F.3d 252, 254-55 (4th Cir. 2004) (explaining standard of review). Accordingly, we affirm the district court's order. *Vang v. Valdese Weaver*, No. 1:25-cv-00330-MR-WCM (W.D.N.C. Sept. 29, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*